IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

April McMillan, )
      Plaintiff, )
      v. ) No. 04C 6921
Collection Professionals, Inc., an Illinois )
corporation, )
      Defendant. )

JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

## COMPLAINT

Plaintiff, April McMillan, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a declaration that Defendant's debt collection practices violate the FDCPA, and to recover damages by reason of Defendant's violations of the FDCPA, and alleges:

### JURISDICTION AND VENUE

1. The jurisdiction of the Court is invoked as authorized by § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

### PARTIES

3. Plaintiff, April McMillan ("McMillan"), is a citizen of the State of Illinois residing in the Northern District of Illinois, from whom Defendant attempted to collect a consumer debt allegedly owed to "Testa Iga" for a dishonored check.

4. Defendant, Collection Professionals, Inc. ("CP"), is an Illinois corporation that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly

uses the mail and/or the telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Northern District of Illinois.

## FACTUAL ALLEGATIONS

5. Defendant sent Plaintiff a form collection letter, dated December 8, 2004, demanding payment for a dishonored check she wrote to "Testa Iga". This letter stated, in pertinent part:

\* \* \*

**YOU ARE EITHER HONEST OR DISHONEST
YOU CANNOT BE BOTH**

Your creditor believed you to be honest when credit was extended.

The injustice of permitting this account to become past due and then ignoring all requests for payment, casts a doubt of good intentions.

We would like to give you this final opportunity to prove your honesty and good intentions. Payment in full or satisfactory arrangements for payment must be made without further delay.

Collection Professionals, Inc. is a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose.

\* \* \*

This letter was sent within one year of this Complaint and is attached as Exhibit A.

6. The statements in Defendant's form collection letters are to be interpreted under the "unsophisticated consumer" standard. (See, Bartlett v. Heibl, 128 F.3d 497, 500 (7th Cir. 1997); Chauncey v. JDR, 118 F.3d 516, 519 (7th Cir. 1997); Avila v. Rubin, 84 F.3d 222, 226 (7th Cir. 1996)).

### Violations Of § 1692e And f Of The FDCPA -
### False Statements And Unfair or Unconscionable Collection Actions

7. Section 1692e of the FDCPA prohibits a debt collector generally from using any false, deceptive or misleading representation or means in connection with the collection of a debt, including falsely representing or implying that a consumer has "committed any crime or other conduct in order to disgrace the consumer" 15 U.S.C. §

2

1692e(7). Moreover, § 1692f of the FDCPA prohibits the use of any unfair or unconscionable means to collect or attempt to collect a debt.

8. Defendant's statements, that **"YOU ARE EITHER HONEST OR DISHONEST YOU CANNOT BE BOTH"**, that the "creditor believed you to be honest when credit was extended", and that "We would like to give you this final opportunity to prove your honesty and good intentions" are false, deceptive and misleading and unfair and unconscionable. These statements wrongly imply that the Plaintiff is dishonest and are intended to disgrace Plaintiff because she did not pay the debt at issue. Defendant's statements thus violate § 1692e and f of the FDCPA.

9. Defendant's violations of § 1692e and f of the FDCPA render it liable for damages, costs, and reasonable attorneys' fees. (See, 15 U.S.C. § 1692k).

### PRAYER FOR RELIEF

Plaintiff, April McMillan prays that this Court:

1. Declare that Defendant's debt collection letter violated the FDCPA;

2. Enter judgment in favor of Plaintiff McMillan, and against Defendant, for damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

3. Grant such further relief as deemed just.

### JURY DEMAND

Plaintiff McMillan demands trial by jury.

April McMillan,

By:_____
One of Plaintiff's Attorneys

3

Dated: October 28, 2004

David J. Philipps
Mary E. Philipps
Gomolinski & Philipps, Ltd.
8855 S. Roberts Road
Hickory Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)

**Collection Professionals, Inc.**

PO Box 841  
Joliet IL 60434-0841  
ADDRESS SERVICE REQUESTED

168 N. Ottawa St. Suite 316 ♦ Joliet IL 60432-4146  
(815) 722-6300

December 8, 2003

129958-107   127977   7080  
llllllllllllllllllllllllllll  
April Mcmillan  
216 W Main  
Braceville IL 60407-

COLLECTION PROFESSIONALS, INC.  
PO Box 841  
Joliet IL 60434-0841  
llllllllllllllllllllllllllllllllllllllllllll

Account #: 129958  
Total Balance: $232.48

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

```
Testa Iga                    Nsf Ck 1029              86.43
        Previous Debts                               146.05
                                                    -------
                                                     232.48
```

### YOU ARE EITHER HONEST OR DISHONEST
### YOU CANNOT BE BOTH

Your creditor believed you to be honest when credit was extended.

The injustice of permitting this account to become past due and then ignoring all requests for payment, casts a doubt of good intentions.

We would like to give you this final opportunity to prove your honesty and good intentions. Payment in full or satisfactory arrangements for payment must be made without further delay.

Collection Professionals, Inc. is a debt collection agency. This is an attempt to collect a debt and any information obtained will be used for that purpose.

ISDCPRO20107



ACA  
INTERNATIONAL  
The Association of Credit  
and Collection Professionals



EXHIBIT  
A

COLLECTION PROFESSIONALS, INC. ♦ 168 N. Ottawa St. Suite 316 ♦ Joliet IL 60432-4146 ♦ (815) 722-6300



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**
**OCT 2 9 2004**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** April McMillan,

County of Residence: Grundy

Plaintiff's Atty: Gomolinski & Philipps, Ltd.
8855 South Roberts Road
Hickory Hills, IL 60457
(708) 974-2900

**Defendant(s):** Collection Professionals, Inc., an Illinois corporation,

County of Residence:

Defendant's Atty:

**04C 6921**



**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
Plaintiff:- N/A
Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 890 Other Statutory Actions

**VI. Cause of Action:** Fair Debt Collection Practices Act, 15 U.S.C. Section 1692 et seq.

**VII. Requested in Complaint**
Class Action: No
Dollar Demand: damages, costs and reasonable attorneys' fees
Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____
Date: 10-28-04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.** Revised: 06/28/00

1-2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of April McMillan, v. Collection Professionals, Inc., an Illinois corporation.

**DOCKETED**
**OCT 2 9 2004**

Case Number: 04C 6921

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
Plaintiff April McMillan.

**JUDGE MANNING**

**MAGISTRATE JUDGE SCHENKIER**

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: David J. Philipps | NAME: Mary E. Philipps |
| FIRM: Gomolinski & Philipps, Ltd. | FIRM: Gomolinski & Philipps, Ltd. |
| STREET ADDRESS: 8855 S. Roberts Road | STREET ADDRESS: 8855 S. Roberts Road |
| CITY/STATE/ZIP: Hickory Hills, Illinois 60457 | CITY/STATE/ZIP: Hickory Hills, Illinois 60457 |
| TELEPHONE NUMBER: 708-974-2900 | TELEPHONE NUMBER: 708-974-2900 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): Ill. Bar No. 06196285 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): Ill. Bar No. 06197113 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

1-3